■ TIMOTHY A. McCOOEY, Appellant, v JAMES ALRUTZ, Respondent, et al., Defendant. [632 NYS2d 1021] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.

■ AMHERST ASH & REFUSE SERVICE, INC., Appellant, v GREG SMITH et al., Respondents. [632 NYS2d 1021] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Breach of Commercial Lease.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS L. HARRIS, Appellant. [632 NYS2d 1020] —Judgment unanimously affirmed. Memorandum: Defendant contends that, although the sentence imposed was the result of a plea bargain, we should reduce the sentence in the interest of justice. Given the serious nature of the crime and defendant's participation therein, and our affirmance of the judgments of conviction of the three codefendants (People v Gianzero, 216 AD2d 961; People v Bletson, 210 AD2d 1013, lv denied 85 NY2d 936; People v Parks, 210 AD2d 1014), we decline to exercise our discretion to reduce the sentence as a matter of discretion in the interest of justice (see, CPL 470.15 [6] [b]). (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Attempted Murder, 2nd Degree.) Present—Denman, P. J., Fallon, Wesley, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GRAY, Also Known as JAMES WOODS, Appellant. [632 NYS2d 1020] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Erie County Court, LaMendola, J.—Attempted Robbery, 2nd Degree.) Present—Denman, P. J., Fallon, Wesley, Doerr and Boehm, JJ.